

# AHDOOT & WOLFSON, PC
## ATTORNEYS

October 20, 2014

**VIA ECF**

The Honorable Arthur D. Spatt
U.S. District Court, Eastern District of New York
Long Island Courthouse,
P.O. Box 9014
100 Federal Plaza,
Central Islip, NY 11722-9014

      Re:    *Kahn v. BMW of N. America, LLC*, No. 14-CV-2463

Dear Judge Spatt:

     I write as counsel for Plaintiff in the above-entitled action, in order to notify your Honor that the parties to this action have reached an agreement in principle to settle the case on a class action basis. We will update the Court as to the status of finalizing the settlement as soon as possible, but in any event no later than December 15, 2014.

                                       Respectfully,
                                       AHDOOT & WOLFSON, PC

                                       By:  Tina Wolfson

1016 PALM AVENUE, WEST HOLLYWOOD, CALIFORNIA 90069
T: (310) 474-9111, F: (310) 474-8585, E: TWOLFSON@AHDOOTWOLFSON.COM